UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER CORTEZ GORDON,

    Defendant.
_____/

Hon. Robert Holmes Bell

Case No. 1:15-cr-00130-RHB-1

## ORDER

The Court conducted a hearing today on the government's motion for pretrial detention. Given that the grand jury found probable cause to charge defendant with offenses under the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, for which the maximum term of imprisonment is ten years or more, there is a statutory rebuttable presumption in favor of detention. *See* 18 U.S.C. § 3142(e)(3)(A). For the reasons stated on the record, I find that defendant has failed to rebut the presumptions. Moreover, as explained on the record, the government has proven by clear and convincing evidence that defendant is a danger to the community. There is no condition or combination of conditions that will ensure defendant's appearance in court and the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is remanded to the custody of the Attorney General until further order of this Court.

**IT IS SO ORDERED**.

Date: September 23, 2015

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge